Appendix XII-B1

| | |
|---|---|
| **CIVIL CASE INFORMATION STATEMENT**<br>**(CIS)**<br><br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**<br>**if information above the black bar is not completed**<br>**or attorney's signature is not affixed** | **FOR USE BY CLERK'S OFFICE ONLY**<br>PAYMENT TYPE: ☐ CK ☐ CG ☐ CA<br>CHG/CK NO.<br>AMOUNT:<br>OVERPAYMENT:<br>BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>Jack N. Frost, Esq. | TELEPHONE NUMBER<br>(973) 549-7000 | COUNTY OF VENUE<br>Middlesex |
|---|---|---|
| FIRM NAME (if applicable)<br>Drinker Biddle & Reath, LLP | | DOCKET NUMBER (when available)<br>L-562-18 AS |
| OFFICE ADDRESS<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047 | | DOCUMENT TYPE<br>Answer to Complaint |
| | | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Johnson & Johnson | CAPTION<br>Ann Ripley and Philip Ripley v. Brenntag North America, Inc., et al. |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br><br>601 | HURRICANE SANDY<br>RELATED?<br>☐ YES   ☐ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ■ NO<br><br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW<br>REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ Yes   ■ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes   ■ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ Yes   ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ■ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR
ACCELERATED DISPOSITION

SUPERIOR COURT
MIDDLESEX COUNTY
RECEIVED & FILED

MAR 19 2018

CIVIL DIVISION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ Yes   ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ Yes   ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be
redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

---

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N   AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y   AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

### Track III - 450 days' discovery
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 291 | PELVIC MESH/GYNECARE |
| 278 | ZOMETA/AREDIA | 292 | PELVIC MESH/BARD |
| 279 | GADOLINIUM | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282 | FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287 | YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 288 | PRUDENTIAL TORT LITIGATION | 601 | ASBESTOS |
| 289 | REGLAN | 623 | PROPECIA |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."**

**Please check off each applicable category** ☐ **Putative Class Action**    ☐ **Title 59**

---

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, NJ 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
Johnson & Johnson

SUPERIOR COURT
MIDDLESEX COUNTY
RECEIVED & FILED

MAR 19 2018

CIVIL DIVISION

| | |
|---|---|
| ANN RIPLEY and PHILIP RIPLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: L-562-18 AS<br>ASBESTOS LITIGATION<br><br>CIVIL ACTION<br><br>**NOTICE OF ADOPTION OF STANDARD ANSWER TO THE COMPLAINT, SEPARATE DEFENSES, ANSWER TO ALL CROSSCLAIMS, DEMAND FOR INTERROGATORY ANSWERS, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL OF JOHNSON & JOHNSON** |

Defendant, Johnson & Johnson, by its attorneys, Drinker Biddle & Reath LLP, hereby adopts in the above-entitled cause of action its Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand for Interrogatory Answers and Jury Demand, filed with the Superior Court, Law Division, Middlesex County, pursuant to the Order of the Honorable Thomas B. Mannion dated May 5, 1989 relating to "In Re Asbestos Litigation venued in Middlesex County."

I hereby certify that a copy of the within Answer was served within the time prescribed by Rule 4:6-1, et seq. of the rules governing the Courts of the State of New Jersey.

I hereby certify, pursuant to Rule 4:5-1, that upon information and belief, this matter is

not the subject of any other action pending in any court of Arbitration proceeding; and there are

no additional parties who should be joined in this action.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

DATED:  March 14, 2018                    By:_____
                                         Stephen R. Long
                                         Jack N. Frost, Jr.

2

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the Court is advised that Stephen R. Long, Esq. and Jack N.

Frost, Jr. are hereby designated as trial counsel.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

DATED:  March 14, 2018

By:_____
      Stephen R. Long
      Jack N. Frost, Jr.

3

## **JURY DEMAND**

Defendant, Johnson & Johnson, demands a trial by jury as to all issues so triable herein.


DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

DATED:  March 14, 2018                 By: _____
/Stephen R. Long
Jack N. Frost, Jr.

4

## DEMAND FOR INTERROGATORY ANSWERS

This defendant hereby demands that plaintiffs' answer Standard Interrogatories Form A. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

This defendant hereby demands that all defendants answer Standard Interrogatories Form B. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

DATED:  March 14, 2018                    By:_____
                                            Stephen R. Long
                                            Jack N. Frost, Jr.

5

## CERTIFICATION

This will certify that defendant, Johnson & Johnson, served its Notice of Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand for Interrogatory Answers, Jury Demand and Designation of Trial Counsel, within the time prescribed by the Rules of Court. This will certify that insofar as this defendant is aware, the matter in controversy in this case is not the subject of any other action or proceeding before any Court or arbitration panel, and that pending discovery, this party is unaware of the identity of any other parties who should be joined in this action.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson

DATED:  March 14, 2018

By:_____
       Stephen R. Long
       Jack N. Frost, Jr.

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendant,
Johnson & Johnson

> SUPERIOR COURT
> MIDDLESEX COUNTY
> **RECEIVED & FILED**
>
> MAR 19 2018
>
> CIVIL DIVISION

| | |
|---|---|
| ANN RIPLEY and PHILIP RIPLEY,<br><br>      Plaintiffs,<br>vs.<br><br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>      Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: L-562-18 AS<br>ASBESTOS LITIGATION<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

I, Bethany Bollerman, employed as a legal assistant by the firm of Drinker Biddle & Reath, LLP, 600 Campus Drive, Florham Park, New Jersey 07932, attorneys for defendant, Johnson & Johnson, did cause a copy of the within Notice of Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand For Interrogatory Answers, Jury Demand and Designation of Trial Counsel and Case Information Statement to be served upon counsel for the plaintiff via first class mail and all defense counsel via e-mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Bethany Bollerman*
Bethany Bollerman

DATED: March 14, 2018

90244221.1

7

**Ann Ripley and Philip Ripley v. Brenntag North America, Inc., et al.**

Docket No. MID-L-562-18 AS

Johnson & Johnson

Service List

| Attorney for Plaintiff: | Robert Lytle, Esq.<br>Szaferman Lakind Blumstein & Blader, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648 |
|---|---|
| | Leah C. Kagan, Esq.<br>Simon Greenstone Panatier Bartlett, P.C.<br>3780 Kilroy Airport Way, Suite 540<br>Long Beach, CA 90806, NJ 08648 |

Attorney for Defendant(s):

| Brenntag Specialties, Inc.<br>Brenntag North America, Inc. | Ronald E. Hurst, Esq.<br>Albert L. Piccerilli, Esq.<br>Montgomery McCracken Walker Rhoads, LLP<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-2220 |
|---|---|
| Cyprus Amax Minerals Co.<br>Imerys Talc America, Inc. | John C. McMeekin II, Esq.<br>Linda Dobbins, Esq.<br>Rawle & Henderson<br>One South Penn Square<br>1339 Chestnut Street, 16th Floor<br>Philadelphia, PA 19107 |
| Chanel, Inc. | Syed K. Rizvi, Esq.<br>Kurowski Schultz LLC<br>99 Hudson Street<br>New York, NY 10013 |
| Whittaker Clark & Daniels, Inc. | Marc S. Gaffrey, Esq.<br>Jason R. Gosnell, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas. LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 |

91579327.1

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Jack N. Frost, Esq. | (973) 549-7000 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Drinker Biddle & Reath, LLP | L-562-18 AS |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 600 Campus Drive<br>Florham Park, New Jersey 07932-1047 | Answer to Complaint |
| | JURY DEMAND ☑ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Johnson & Johnson Consumer, Inc. | Ann Ripley and Philip Ripley v. Brenntag North America, Inc., et al. |

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>601 | HURRICANE SANDY<br>RELATED?<br>☐ YES  ☑ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☑ NO |
|---|---|---|
| | | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?<br>☐ Yes  ☑ No | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes  ☑ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☑ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ Yes  ☑ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE<br>☐ FAMILIAL | ☐ FRIEND/NEIGHBOR<br>☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☑ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

RECEIVED
MAR 19 2018
CIVIL DIVISION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ Yes  ☑ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ Yes  ☑ No | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be
redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE:



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
### Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I  -  150 days' discovery**
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

**Track II  -  300 days' discovery**
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

**Track III  -  450 days' discovery**
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV  -  Active Case Management by Individual Judge / 450 days' discovery**
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | |
|---|---|
| 271   ACCUTANE/ISOTRETINOIN | 290   POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 274   RISPERDAL/SEROQUEL/ZYPREXA | 291   PELVIC MESH/GYNECARE |
| 278   ZOMETA/AREDIA | 292   PELVIC MESH/BARD |
| 279   GADOLINIUM | 293   DEPUY ASR HIP IMPLANT LITIGATION |
| 281   BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295   ALLODERM REGENERATIVE TISSUE MATRIX |
| 282   FOSAMAX | 296   STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285   STRYKER TRIDENT HIP IMPLANTS | 297   MIRENA CONTRACEPTIVE DEVICE |
| 286   LEVAQUIN | 299   OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287   YAZ/YASMIN/OCELLA | 300   TALC-BASED BODY POWDERS |
| 288   PRUDENTIAL TORT LITIGATION | 601   ASBESTOS |
| 289   REGLAN | 623   PROPECIA |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.**

**Please check off each applicable category**    ☐ **Putative Class Action**    ☐ **Title 59**

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, NJ 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.

SUPERIOR COURT
MIDDLESEX COUNTY
RECEIVED & FILED

MAR 19 2018

CIVIL DIVISION

| | |
|---|---|
| ANN RIPLEY and PHILIP RIPLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br><br>    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: L-562-18 AS<br>ASBESTOS LITIGATION<br><br>CIVIL ACTION<br><br>**NOTICE OF ADOPTION OF STANDARD ANSWER TO THE COMPLAINT, SEPARATE DEFENSES, ANSWER TO ALL CROSSCLAIMS, DEMAND FOR INTERROGATORY ANSWERS, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL OF JOHNSON & JOHNSON CONSUMER, INC.** |

Defendant, Johnson & Johnson Consumer, Inc., by its attorneys, Drinker Biddle & Reath LLP, hereby adopts in the above-entitled cause of action its Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand for Interrogatory Answers and Jury Demand, filed with the Superior Court, Law Division, Middlesex County, pursuant to the Order of the Honorable Thomas B. Mannion dated May 5, 1989 relating to "In Re Asbestos Litigation venued in Middlesex County."

I hereby certify that a copy of the within Answer was served within the time prescribed by Rule 4:6-1, et seq. of the rules governing the Courts of the State of New Jersey.

I hereby certify, pursuant to Rule 4:5-1, that upon information and belief, this matter is

not the subject of any other action pending in any court of Arbitration proceeding; and there are

no additional parties who should be joined in this action.


                                        DRINKER BIDDLE & REATH LLP
                                        Attorneys for Defendant,
                                        Johnson & Johnson Consumer, Inc.


DATED:  March 14, 2018                  By:_____
                                            Stephen R. Long
                                            Jack N. Frost, Jr.


                                  2

## <u>DESIGNATION OF TRIAL COUNSEL</u>

Pursuant to <u>Rule</u> 4:25-4, the Court is advised that Stephen R. Long, Esq. and Jack N.

Frost, Jr. are hereby designated as trial counsel.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.

DATED:  March 14, 2018                    By:_____
                                                   Stephen R. Long
                                                   Jack N. Frost, Jr.

## **JURY DEMAND**

Defendant, Johnson & Johnson Consumer, Inc., demands a trial by jury as to all issues so triable herein.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.

DATED:  March 14, 2018                    By:_____

                                        Stephen R. Long
                                        Jack N. Frost, Jr.

## DEMAND FOR INTERROGATORY ANSWERS

This defendant hereby demands that plaintiffs' answer Standard Interrogatories Form A. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

This defendant hereby demands that all defendants answer Standard Interrogatories Form B. Such interrogatories have been approved by the Court and shall be obtained through the Court as indicated in the January 25, 1982 General Order-Asbestos Litigation signed by the Honorable John E. Keefe.

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.

DATED:  March 14, 2018            By:_____
                                       Stephen R. Long
                                       Jack N. Frost, Jr.

## CERTIFICATION

This will certify that defendant, Johnson & Johnson Consumer, Inc., served its Notice of

Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims,

Demand for Interrogatory Answers, Jury Demand and Designation of Trial Counsel, within the

time prescribed by the Rules of Court.  This will certify that insofar as this defendant is aware,

the matter in controversy in this case is not the subject of any other action or proceeding before

any Court or arbitration panel, and that pending discovery, this party is unaware of the identity of

any other parties who should be joined in this action.


DRINKER BIDDLE & REATH LLP
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.


DATED:  March 14, 2018                    By:_____
                                               Stephen R. Long
                                               Jack N. Frost, Jr.

Stephen R. Long (028811980)
Jack N. Frost, Jr. (025312005)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendant,
Johnson & Johnson Consumer, Inc.

SUPERIOR COURT
MIDDLESEX COUNTY
RECEIVED & FILED

**MAR 19 2018**

CIVIL DIVISION

| | |
|---|---|
| ANN RIPLEY and PHILIP RIPLEY,<br><br>       Plaintiffs,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>       Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO: L-562-18 AS<br>ASBESTOS LITIGATION<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

I, Bethany Bollerman, employed as a legal assistant by the firm of Drinker Biddle & Reath, LLP, 600 Campus Drive, Florham Park, New Jersey 07932, attorneys for defendant, Johnson & Johnson Consumer, Inc., did cause a copy of the within Notice of Adoption of Standard Answer to the Complaint, Separate Defenses, Answer to All Crossclaims, Demand For Interrogatory Answers, Jury Demand and Designation of Trial Counsel and Case Information Statement to be served upon counsel for the plaintiff via first class mail and all defense counsel via e-mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Bethany Bollerman*
Bethany Bollerman

DATED:  March 14, 2018
90244269.1

7

**Ann Ripley and Philip Ripley v. Brenntag North America, Inc., et al.**

Docket No. MID-L-562-18 AS

Johnson & Johnson Consumer Inc.

Service List

| Attorney for Plaintiff: | Robert Lytle, Esq.<br>Szaferman Lakind Blumstein & Blader, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648 |
|---|---|
| | Leah C. Kagan, Esq.<br>Simon Greenstone Panatier Bartlett, P.C.<br>3780 Kilroy Airport Way, Suite 540<br>Long Beach, CA 90806, NJ 08648 |

Attorney for Defendant(s):

| Brenntag Specialties, Inc.<br>Brenntag North America, Inc. | Ronald E. Hurst, Esq.<br>Albert L. Piccerilli, Esq.<br>Montgomery McCracken Walker Rhoads, LLP<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-2220 |
|---|---|
| Cyprus Amax Minerals Co.<br>Imerys Talc America, Inc. | John C. McMeekin II, Esq.<br>Linda Dobbins, Esq.<br>Rawle & Henderson<br>One South Penn Square<br>1339 Chestnut Street, 16th Floor<br>Philadelphia, PA 19107 |
| Chanel, Inc. | Syed K. Rizvi, Esq.<br>Kurowski Schultz LLC<br>99 Hudson Street<br>New York, NY 10013 |
| Whittaker Clark & Daniels, Inc. | Marc S. Gaffrey, Esq.<br>Jason R. Gosnell, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas. LLP<br>40 Paterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 |

91578552.1

John C. Garde, Esq. – N.J. Attorney ID #014171986
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973)-622-4444
Attorneys for Defendants,
Johnson & Johnson and Johnson & Johnson Consumer Inc.

> SUPERIOR COURT
> MIDDLESEX COUNTY
> **RECEIVED & FILED**
>
> **NOV 2 1 2018**
>
> DEPUTY CLERK
> OF SUPERIOR COURT

| | |
|---|---|
| ANN RIPLEY AND PHILIP RIPLEY,<br><br><br>Plaintiffs,<br><br>v.<br><br>BRENNTAG NORTH AMERICA, ET AL.,<br><br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>DOCKET NO.  MID-L-00562-18AS<br>CIVIL ACTION<br><br>**ASBESTOS LITIGATION**<br><br>**SUBSTITUTION OF COUNSEL ON<br>BEHALF OF<br>JOHNSON & JOHNSON AND<br>JOHNSON & JOHNSON CONSUMER INC.** |

The undersigned hereby consent to the substitution of McCarter English, LLP for

Drinker, Biddle & Reath, LLP as attorneys for Defendant Johnson & Johnson and Johnson &

Johnson Consumer Inc., in the above captioned matter.

**DRINKER BIDDLE & REATH LLP**
Withdrawing Attorney

By: _____
    Jack N. Frost Jr.

Dated: 11/11/18

**McCARTER & ENGLISH, LLP**
Superseding Attorney

By: _____
    John C. Garde
    A Member of the Firm

Dated: 11/16/18