Judiciary eCourts System - Civil Part

- Home
- Help
- Logout

# CASE JACKET
User: JOHN GARDE

- No events found

Docket Number: MID L 000562 - 18

Back     Create Summary Report

Case Caption: Ripley Ann Vs Brenntag North America

| | | |
|---|---|---|
| Court: Civil Part | Venue: Middlesex | Case Initiation Date: 01/26/2018 |
| Case Type: Asbestos | Case Status: Active | Jury Demand: 6 Jurors |
| Case Track: 4 | Judge: Ana C Viscomi | Team: 5 |
| # of Discovery Days: 450 | Age of Case: 01 YR 02 MO | Consolidated Case: N |
| Original Discovery End Date: 05/11/2019 | Current Discovery End Date: 05/11/2019 | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: No |

Plaintiffs (2) | Defendants (8) | Case Proceedings (46) | ACMS Documents (100) | Fees (100)

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 01/26/2018 | 001 | COMP JRY DEMAND | RIPLEY | | | | | | |
| 02/14/2018 | 003 | CAS MANG ORD | COURT INIT | GR | | | | | |
| 02/15/2018 | 002 | ANS CROSS&JRYD | BRENNTAG SPECIALTIES | | | | | | |
| 02/26/2018 | 004 | ORDR DISCOVERY | RIPLEY | GR | | | | | |
| 02/28/2018 | 005 | ANS CROSS&JRYD | CYPRUS AMAX MINERALS | | | | | | |
| 02/28/2018 | 007 | MTN AD PR HC VC | CHANEL INC | GR | | | | | |
| 02/28/2018 | 008 | CERTIFICTN | CHANEL INC | | | | | | |
| 02/28/2018 | 009 | CERTIFICTN | CHANEL INC | | | | | | |
| 02/28/2018 | 011 | MTN AD PR HC VC | CHANEL INC | GR | | | | | |
| 02/28/2018 | 012 | CERTIFICTN | CHANEL INC | | | | | | |
| 02/28/2018 | 013 | CERTIFICTN | CHANEL INC | | | | | | |
| 02/28/2018 | 015 | ANS CROSS&JRYD | CHANEL INC | | | | | | |
| 02/28/2018 | 016 | NOTC APPEARANCE | CHANEL INC | | | | | | |
| 03/02/2018 | 010 | ORD AD PR HC VC | CHANEL INC | GR | | | | | |
| 03/02/2018 | 014 | ORD AD PR HC VC | CHANEL INC | GR | | | | | |
| 03/05/2018 | 006 | ANS CROSS&JRYD | WHITTAKER CLARK & DA | | | | | | |
| 03/19/2018 | 017 | ANS CROSS&JRYD | JOHNSON & JOHNSON | | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 03/19/2018 | 018 | PRF MAIL | JOHNSON & JOHNSON | | | | | |
| 03/19/2018 | 019 | ANS CROSS&JRYD | JOHNSON & JHNSN CONS | | | | | |
| 03/19/2018 | 020 | PRF MAIL | JOHNSON & JHNSN CONS | | | | | |
| 03/19/2018 | 021 | CERTIFICTN | JOHNSON & JHNSN CONS | | | | | |
| 04/02/2018 | 022 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 04/02/2018 | 023 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 04/02/2018 | 024 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 04/02/2018 | 025 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 04/02/2018 | 026 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 04/06/2018 | 027 | ORDR ISSUE SUBP | RIPLEY | GR | | | | |
| 04/10/2018 | 028 | COMM FOR DEPOS | RIPLEY | | | | | |
| 04/27/2018 | 029 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 04/27/2018 | 030 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 04/27/2018 | 031 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 04/27/2018 | 032 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 04/27/2018 | 033 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 05/08/2018 | 034 | MISC OTHR AFFID | RIPLEY | | | | | |
| 05/08/2018 | 035 | MISC OTHR AFFID | RIPLEY | | | | | |
| 05/08/2018 | 036 | MISC OTHR AFFID | RIPLEY | | | | | |
| 05/08/2018 | 037 | MISC OTHR AFFID | RIPLEY | | | | | |
| 05/08/2018 | 038 | MISC OTHR AFFID | RIPLEY | | | | | |
| 05/29/2018 | 039 | MOTN DISM COMPL | CYPRUS AMAX MINERALS | DN | | | | |
| 05/29/2018 | 040 | MOTN DISM COMPL | IMERYS TALC AMERICA | DN | | | | |
| 05/29/2018 | 041 | MISC BRIEF | CYPRUS AMAX MINERALS | | | | | |
| 05/29/2018 | 042 | CERTIFICTN | CYPRUS AMAX MINERALS | | | | | |
| 05/29/2018 | 043 | PRF MAIL | CYPRUS AMAX MINERALS | | | | | |
| 06/22/2018 | 044 | MTN AD PR HC VC | CHANEL INC | GR | | | | |
| 06/22/2018 | 046 | CERTIFICTN | CHANEL INC | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 06/22/2018 | 047 | CERTIFICTN | CHANEL INC | | | | | |
| 06/28/2018 | 045 | ORD AD PR HC VC | CHANEL INC | GR | | | | |
| 07/06/2018 | 048 | NOTC APPEARANCE | JOHNSON & JOHNSON | | | | | |
| 07/12/2018 | 049 | OBJECT MOTION | RIPLEY | | | | | |
| 07/12/2018 | 050 | CERTIFICTN | RIPLEY | | | | | |
| 07/12/2018 | 051 | PRF MAIL | RIPLEY | | | | | |
| 07/16/2018 | 052 | MISC SUB ATTY | WHITTAKER CLARK & DA | | | | | |
| 07/16/2018 | 053 | MISC BRIEF | CYPRUS AMAX MINERALS | | | | | |
| 07/18/2018 | 054 | MTN AD PR HC VC | CHANEL INC | GR | | | | |
| 07/20/2018 | 055 | ORD AD PR HC VC | CHANEL INC | GR | | | | |
| 07/25/2018 | 056 | ORDR DISM CMPL | CYPRUS AMAX MINERALS | DN | | | | |
| 07/25/2018 | 057 | ORDR DISM CMPL | IMERYS TALC AMERICA | DN | | | | |
| 08/14/2018 | 058 | MOTN RECONS ORD | CYPRUS AMAX MINERALS | WD | | | | |
| 08/14/2018 | 059 | MOTN RECONS ORD | IMERYS TALC AMERICA | WD | | | | |
| 08/14/2018 | 060 | MISC BRIEF | CYPRUS AMAX MINERALS | | | | | |
| 08/14/2018 | 061 | CERTIFICTN | CYPRUS AMAX MINERALS | | | | | |
| 08/14/2018 | 062 | PRF MAIL | CYPRUS AMAX MINERALS | | | | | |
| 08/27/2018 | 063 | CAS MANG ORD | COURT INIT | GR | | | | |
| 10/23/2018 | 064 | MTN AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 10/23/2018 | 066 | MTN AD PR HC VC | JOHNSON & JHNSN CONS | GR | | | | |
| 10/29/2018 | 065 | ORD AD PR HC VC | JOHNSON & JOHNSON | GR | | | | |
| 10/29/2018 | 067 | ORD AD PR HC VC | JOHNSON & JHNSN CONS | GR | | | | |
| 11/21/2018 | 068 | MISC SUB ATTY | JOHNSON & JOHNSON | | | | | |
| 12/13/2018 | 069 | PART STIP DISM | BRENNTAG NA INC | | | | | |
| 12/13/2018 | 080 | PART STIP DISM | BRENNTAG SPECIALTIES | | | | | |
| 01/07/2019 | 070 | CAS MANG ORD | COURT INIT | GR | | | | |
| 01/09/2019 | 071 | MOTN MISC | CHANEL INC | PH | | | | |
| 01/11/2019 | 072 | MOTN MISC | WHITTAKER CLARK & DA | PH | | | | |
| 01/17/2019 | 073 | OBJECT MOTION | RIPLEY | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|
| 01/18/2019 | 074 | MOT PRT SUM JDG | WHITTAKER CLARK & DA | PH | | | | |
| 01/18/2019 | 075 | MOT PRT SUM JDG | CHANEL INC | PH | | | | |
| 01/18/2019 | 076 | MOT PRT SUM JDG | CYPRUS AMAX MINERALS | GR | | | | |
| 01/18/2019 | 077 | MOT PRT SUM JDG | IMERYS TALC AMERICA | WD | | | | |
| 01/18/2019 | 078 | MOT PRT SUM JDG | JOHNSON & JOHNSON | PH | | | | |
| 01/18/2019 | 079 | MOT PRT SUM JDG | JOHNSON & JHNSN CONS | PH | | | | |
| 01/30/2019 | 081 | ORDR DISMISSAL | BRENNTAG SPECIALTIES | GR | | | | |
| 02/04/2019 | 082 | OBJECT MOTION | WHITTAKER CLARK & DA | | | | | |
| 02/05/2019 | 083 | OBJECT MOTION | RIPLEY | | | | | |
| 02/05/2019 | 084 | OBJECT MOTION | RIPLEY | | | | | |
| 02/05/2019 | 085 | OBJECT MOTION | RIPLEY | | | | | |
| 02/05/2019 | 086 | OBJECT MOTION | RIPLEY | | | | | |
| 02/11/2019 | 087 | MISC BRIEF | CHANEL INC | | | | | |
| 02/11/2019 | 088 | MISC BRIEF | WHITTAKER CLARK & DA | | | | | |
| 02/15/2019 | 089 | ORDR DISMISSAL | BRENNTAG NA INC | GR | | | | |
| 02/15/2019 | 090 | ORD PAR SUM JUD | CYPRUS AMAX MINERALS | GR | | | | |
| 02/15/2019 | 091 | MTN AD PR HC VC | CHANEL INC | GR | | | | |
| 02/15/2019 | 092 | ORD AD PR HC VC | CHANEL INC | GR | | | | |
| 02/25/2019 | 093 | NOTC BANKRUPCY | IMERYS TALC AMERICA | | | | | |
| 03/01/2019 | 094 | MTN AD PR HC VC | CHANEL INC | GR | | | | |
| 03/01/2019 | 096 | MTN AD PR HC VC | CHANEL INC | GR | | | | |
| 03/05/2019 | 095 | ORD AD PR HC VC | CHANEL INC | GR | | | | |
| 03/05/2019 | 097 | ORD AD PR HC VC | CHANEL INC | GR | | | | |
| 03/08/2019 | 098 | MTN AD PR HC VC | RIPLEY | GR | | | | |
| 03/08/2019 | 099 | ORD AD PR HC VC | RIPLEY | GR | | | | |
| 04/01/2019 | 100 | MOTN DISMISSAL | RIPLEY | PH | | | | |

Showing 1 to 100 of 100 entries

- 
- 

Screen ID : ECCV3001
© Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2019.2.0.0