**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MCCARTER & ENGLISH, LLP**
John C. Garde, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jgarde@mccarter.com
Attorneys for Defendants Johnson & Johnson and
Johnson & Johnson Consumer Inc.

|  |  |
|---|---|
| **In Re:**<br>**Imerys Talc America, Inc.** | **Chapter 11**<br>**Lead Case No. 19-10289-LSS**<br>**District of Delaware** |
| **ANN RIPLEY and PHILIP RIPLEY**,<br><br>       Plaintiffs,<br><br>v.<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC);<br><br>**BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**CHANEL, INC.**;<br><br>**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN TALC CO. INC. and CHARLES MATHIEU INC. and SIERRA TALC COMPANY and UNITED TALC COMPANY);<br><br>**IMERYS TALC AMERICA, INC.** (sued Individually and as successor-in-interest to | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION: MIDDLESEX COUNTY**<br>**DOCKET NO.: MID-L-0562-18 AS** |

LUZENAC AMERICA, INC. successor-in-
interest to CYPRUS INDUSTRIAL MINERALS
COMPANY and WINDSOR MINERALS, INC.
and METROPOLITAN TALC CO.);

**JOHNSON & JOHNSON**;

**JOHNSON & JOHNSON CONSUMER INC.**,
a subsidiary of JOHNSON & JOHNSON;

**WHITTAKER CLARK & DANIELS, INC.**;

**JOHN DOE CORPORATIONS 1-50**
(fictitious),

Defendants.

## CERTIFICATION OF SERVICE

1.   I, John C. Garde, am a Member of the firm of McCarter & English, LLP counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. in the above-captioned matter.

2.   I sent a copy of Notice of Removal with supporting documents to the parties listed on the following Parties of Record list.

3.   I hereby certify under penalty of perjury that the above documents were served by electronic mail and regular mail by no later than the next business day to the parties listed on following page.

Dated:  April 28, 2019                    By: */s/ John C. Garde*
                                          John C. Garde

ME1 30285969v.1

## PARTIES OF RECORD

Robert E. Lytle, Esq.
**Szaferman Lakind Blumstein & Blader, P.C.**
101 Grovers Mill Rd #200
Lawrence Township, NJ 08648
609.275.0400
RLytle@szaferman.com
**Attorneys for Plaintiff**

Leah Kagan, Esq
**Simon Greenstone Panatier**
3232 McKinney Ave
Suite 610
Dallas TX, 75204
214.276.7680
lkagan@sgptrial.com
**Attorneys for Plaintiff**

John C. Garde, Esq.
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
973-622-4444
Email: jgarde@mccarter.com
**Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.**

Ronald Edward Hurst, Esq.
**Montgomery McCracken Walker Rhoads LLP**
Liberty View, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
rhurst@mmwr.com
**Attorneys for Brenntag North America, Inc.; Brenntag Specialties, Inc.**

ME1 30285969v.1

Joel Russel Clark, Esq.
**McGivney Kluger & Cook, PC**
18 Columbia Turnpike, 3rd Floor
Florham Park, New Jersey 07932
973.822.1110
jclark@mklaw.us.com
**Counsel for Whittaker, Clark, and Daniels Inc.**

John C. McMeekin II, Esq.
**Rawle & Henderson LLP**
Windener Building
One South Penn Square
1339 Chestnut Street, 16th Floor
Philadelphia, PA 19107
215.575.4200
jmcmeekin@rawle.com
**Attorneys for Cyprus Amax Minerals Company; Imerys Talc America Inc.**

Syed K. Rizvi, Esq.
**MGM The Law Firm**
14 Wall Street, 28th Floor
New York, NY 10005
929-378-4800
zrizvi@mgmlaw.com
**Counsel for Chanel, Inc.**

ME1 30285969v.1